UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. FOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HONORABLE ASHTON B. CARTER, SECRETARY OF DEFENSE,<br><br>　　　　Defendant. | No. 1:16-CV-0223-DAD-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

　　　Keith A. Fox ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on February 18, 2016. (ECF No. 2)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees.  Plaintiff, Keith A. Fox's, Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

　　　Dated:　February 29, 2016　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1